IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALVIN GREEN,

    Petitioner,

vs.                                                 4:05-CV-483-SPM

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Respondent.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 8) dated January 23, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Petitioner filed his objections (doc. 9) on February 8, 2006.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Petitioner argues that being incarcerated in the Department of Corrections should constitute "extraordinary circumstances" which would permit him to file his 28 U.S.C. § 2254 petition after the one-year time limit expired.

"Extraordinary circumstances" are those that are "both beyond [the

petitioner's] control and unavoidable even with diligence." Sandvik v. United States, 177 F.3d 1269, 1271 (11th Cir. 1999).  Landing oneself in prison by possessing cocaine and drug paraphernalia is certainly avoidable with some measure of due diligence and self-control.

Plaintiff has not shown any extraordinary circumstance regarding the conditions of his incarceration that would entitle him to relief.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2. The petition (doc. 1) is hereby summarily *dismissed* as untimely.

**DONE AND ORDERED** this twenty-first day of June, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge